PHILIP. A. TALBERT
Acting United States Attorney
CHRISTOPHER G. HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration
LINDA H. GREEN, TXBN 08365480
    Special Assistant United States Attorney
    Office of the General Counsel, Suite 350
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: (214) 767-6154
    Facsimile: (214) 767-9228
    E-Mail: Linda.Green@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMALAE R. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 2:21-cv-0326 DB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. to Remand; 2:21-cv-00326-DB

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 7th day of February 2022.

Dated:  February 7, 2022                *Jonathan O. Pena**
                                        (*as authorized via e-mail on February 7, 2022)
                                        Attorney for Plaintiff

DATED: February 7, 2022                 PHILLIP A. TALBERT
                                        Acting United States Attorney
                                        CHRISTOPHER G. HARRIS
                                        Acting Regional Chief Counsel, Region VI
                                        Social Security Administration

                                   By:  *Linda H. Green*
                                        LINDA H. GREEN
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED: February 8, 2022                 /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:21-cv-00326-DB